```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIUMF HYSENI, on behalf of himself and others similarly situated,

            Plaintiffs,

-against-

ZIA MARIA LITTLE ITALY INC. and IYAD KHALID HAMSHO,

            Defendants.

1:21-cv-06318-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 28, 2022, Plaintiffs informed the Court that this case had been settled and submitted a letter and documentation supporting the fairness of the settlement [ECF No. 34]. The Court has reviewed these documents for fairness in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and has concluded that the terms are fair and reasonable. It should be noted, however, that the Court is not in this endorsement opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiff.

Accordingly, the settlement is approved, and the Court ORDERS that the case be dismissed with prejudice. The Clerk of Court is respectfully requested to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

**Date: February 8, 2022**
      **New York, NY**

                                              */s/ Mary Kay Vyskocil*
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**